**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1790**

KIMBERLY T. SPENCE, f/k/a Kimberly S. Willis,

       Plaintiff - Appellant,

and

WILLIAM M. WINDSOR,

       Plaintiff,

    v.

CARL J. WILLIS, II,

       Defendant - Appellee,

and

WELLSTAR MEDICAL GROUP PEDIATRIC & ADOLESCENT CENTER; ROMAN CATHOLIC CHURCH CARDINALS, of Atlanta; ROMAN CATHOLIC ARCHDIOCESE, of Atlanta; ST. JOHN THE EVANGELIST CATHOLIC SCHOOL AND LEADERSHIP; UNITED METHODIST CHURCH BISHOPS; BEN HILL UNITED METHODIST CHURCH; BEN HILL CHRISTIAN ACADEMY; WOODWARD ACADEMY; GEORGIA FARM BUREAU MUTUAL INSURANCE COMPANY; GEORGIA FARM BUREAU CASUALTY INSURANCE COMPANY; CREATE-A-LOAD KENNESAW; REUNION PLACE SUBDIVISION; PAT ASTRIN; RE/MAX OF GEORGIA; PAT ASTRIN PROPERTY MANAGEMENT LLC; CHELSEA BYNUM; MIA NICOLE SPENCER; MAID OF THE MIST CORPORATION; SEAN M. BOUSHIE; UNIVERSITY OF MONTANA; UNITED STATES OF AMERICA,

       Defendants.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever III, District Judge. (5:17-cv-00272-D)

Submitted: November 14, 2018                                    Decided: January 17, 2019

Before NIEMEYER, KING, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Kimberly T. Spence, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Kimberly T. Spence seeks to appeal the district court's order adopting the memorandum and recommendation of the magistrate judge and dismissing Spence's civil complaint as frivolous. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Where, as here, the United States or its officer or agency is a party, the notice of appeal must be filed no more than 60 days after the entry of the district court's final judgment or order, Fed. R. App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on December 18, 2017. The notice of appeal was filed on July 10, 2018. Because Spence failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal, deny as moot her motions to proceed in forma pauperis, and deny all remaining pending motions and petitions.* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

* Spence's petitions and motion for initial hearing en banc and her petition for rehearing en banc were circulated to the full court. No judge requested a poll under Fed. R. App. P. 35.